

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00046-CR

**BRIAN CHRISTOPHER DAWSON,**

                                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                            **Appellee**

**From the 21st District Court
Burleson County, Texas
Trial Court No. 15349**

## ABATEMENT ORDER

Appellant was convicted of unlawful possession of a firearm by a felon and sentenced to 99 years in prison. *See* TEX. PENAL CODE ANN. §§ 46.04; 12.42 (West 2011). Appellant alleges in his first issue in his brief that the trial court did not enter findings of fact and conclusions of law after the trial court's denial of appellant's motion to suppress as required by the Court of Criminal Appeals' opinion in *State v. Cullen*, 195 S.W.3d 696 (Tex. Crim. App. 2006). Appellant requests that we abate the appeal to the trial court for entry of findings of fact and conclusions of law and then allow appellant additional time

to supplement his brief on appeal, should that be necessary.

We have reviewed the record and conclude that no findings of fact and conclusions of law regarding the denial of appellant's motion to suppress have been made a part of the record in this appeal.

Accordingly, this appeal is abated and the trial court is ordered to make findings of fact and conclusions of law regarding its denial of appellant's motion to suppress rendered on January 30, 2018. The trial court's findings of fact and conclusions of law must be presented to the trial court clerk within 21 days from the date of this order. A supplemental clerk's record containing the trial court's findings of fact and conclusions of law is ordered to be filed with this Court within 28 days from the date of this order.

The briefing schedule in this appeal is stayed and will be reset when the appeal is reinstated.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal abated
Order issued and filed July 18, 2018

